**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

SKAGGS BROS & SONS FRAMS, LLC, et
al.,

      Plaintiffs,

v.

TYSON FOODS, INC., et al.,

      Defendants.

Case No.:   1-24-cv-188

## CAL-MAINE FOODS, INC.'S  MOTION TO DISMISS PLAINTIFFS' PETITION

Pursuant to Fed. R. Civ. Pro. 12(b)(6), Defendant Cal-Maine Foods, Inc. ("Cal-Maine"),

through undersigned counsel, respectfully moves for an order dismissing Counts  I, II, IV, VI, and

VII of the Petition filed by Plaintiffs against Cal-Maine.

WHEREFORE, for the reasons set forth herein and the accompanying Memorandum in

Support, Cal-Maine respectfully requests that the Court dismiss Counts  I, II, IV, VI, and VII of

the Petition filed by Plaintiffs against Cal-Maine pursuant to Fed. R. Civ. Pro. 12(b)(6).

October 18, 2024                           Respectfully submitted,


                        By: */s/ Ross D. McFerron*
                        Ross D. McFerron, (Bar No. #60046)
                        OSBURN, HINE & YATES, L.L.C.
                        3071 Lexington Avenue
                        Cape Girardeau, MO 637701
                        Telephone: (573) 651-9000
                        Facsimile: (573) 651-9090
                        rmcferron@ohylaw.com

                        *Counsel for Defendant Cal-Maine Foods, Inc.*

#102898549v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the electronic filing system. A true and correct copy of the foregoing was served via email to Plaintiffs' counsel.

By:    */s/ Ross D. McFerron*
Ross D. McFerron